# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST, et al.,

        Plaintiffs,

v.

INTERSTATE HOTEL INSTALLATION,

        Defendant.

2:12-cv-00353-KJD-VCF

**O R D E R**

    This case has been assigned to the undersigned Magistrate Judge by random draw. Because his impartiality might reasonably be questioned, the undersigned must recuse himself from the above entitled and numbered case. Until October, 2011, the undersigned was a partner at the law firm of Lionel, Sawyer & Collins. 28 USC § 455 Code of Conduct for United States Judges, Canon 3(C)(1). Accordingly, this matter is hereby referred to the Clerk of Court for random reassignment to another Magistrate Judge.

    IT IS SO ORDERED.

    DATED this 27th day of March, 2012.

    **CAM FERENBACH**
    **UNITED STATES MAGISTRATE JUDGE**