Adam P. Segal, Esq.
Nevada Bar No. 6120
Ryan C. Curtis, Esq.
Nevada Bar No. 12949
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND THE TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERSTATE HOTEL INSTALLATION, a Nevada corporation,<br><br>Defendant. | Case No. 2:12-CV-0353 MMD-GWF<br><br>**NOTICE OF SETTLEMENT, AND REQUEST AND ORDER FOR STAY OF PROCEEDINGS** |

  The Plaintiffs, Trustees of the Construction Industry and Laborers Health and Welfare Trust, Trustees of the Construction Industry and Laborers Joint Pension Trust, Trustees of the Construction Industry and Laborers Vacation Trust, and Trustees of the Southern Nevada Laborers Local 872 Training Trust (collectively "Trust Funds") and Defendant Interstate Hotel Installation, a Nevada corporation, by and through their counsel of record, hereby give notice that

they have reached a settlement, and request that the Court take no further action in the case while the parties take steps to finalize settlement.

The parties request that the Court stay all proceedings for 30 days, after which time, upon full and final settlement of the case, the Trust Funds and Defendant will file a stipulated dismissal.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | LIONEL SAWYER & COLLINS |
|---|---|
| By */s/ Ryan C. Curtis* <br>    Adam P. Segal, Esq. <br>    Ryan C. Curtis, Esq. <br>    100 North City Parkway, Suite 1600 <br>    Las Vegas, Nevada 89106-4614 <br>    Attorney for Plaintiffs | By */s/ Gregory Smith (with permission)* <br>    Gregory Smith, Esq. <br>    Doreen Spears Hartwell, Esq. <br>    300 South Fourth St. 17th Floor <br>    Las Vegas, Nevada 89101 <br>    Attorney for Defendant |
| Dated: August 1, 2013 | Dated: August 1, 2013 |

**ORDER**

**IT IS SO ORDERED.**

_____

**DISTRICT COURT JUDGE**

**Dated:** August 2, 2013

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP and that on this 1st day of August, 2013, I served a true copy of the foregoing **NOTICE OF SETTLEMENT, AND REQUEST AND ORDER FOR STAY OF PROCEEDINGS** upon:

> Gregory Smith, Esq.
> Nevada Bar No. 1590
> Doreen Spears Hartwell, Esq.
> Nevada State Bar No. 7525
> LIONEL SAWYER & COLLINS
> 300 South Fourth St. 17th Floor
> Las Vegas, Nevada 89101

☒ a. **BY CM/ECF System**

☒ b. **BY U.S. MAIL** in a sealed envelope(s) mailed with postage thereon fully prepaid. I am readily familiar with Brownstein Hyatt Farber Schreck, LLP's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐ c. **BY PERSONAL SERVICE.**

☐ d. **BY DIRECT EMAIL.**

☐ e. **BY FACSIMILE TRANSMISSION.**

**I declare under penalty of perjury that the foregoing is true and correct.**

*/s/ Christina Neely*
An Employee of Brownstein Hyatt Farber Schreck, LLP