Adam P. Segal, Esq.
Nevada Bar No. 6120
Ryan C. Curtis, Esq.
Nevada Bar No. 12949
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND THE TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERSTATE HOTEL INSTALLATION, a Nevada corporation,<br><br>Defendant. | Case No. 2:12-CV-0353 MMD-GWF<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS AGAINST INTERSTATE HOTEL INSTALLATION WITH PREJUDICE** |

Plaintiffs, Trustees of the Construction Industry and Laborers Health and Welfare Trust, Trustees of the Construction Industry and Laborers Joint Pension Trust, Trustees of the Construction Industry and Laborers Vacation Trust, and Trustees of the Southern Nevada Laborers Local 872 Training Trust, and Defendant Interstate Hotel Installation, a Nevada corporation, by and through their counsel of record, hereby stipulate and agree that all claims are

///

020052\0222\10670780.1                                           1

hereby dismissed with prejudice. Each party to bear its own fees and costs.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | LIONEL SAWYER & COLLINS |
|---|---|
| /s/ Ryan C. Curtis | /s/ Gregory Smith (with permission) |
| Adam P. Segal, Esq. | Gregory Smith, Esq. |
| Nevada Bar No. 6120 | Nevada Bar No. 1590 |
| Ryan C. Curtis, Esq. | Doreen Spears Hartwell, Esq. |
| Nevada Bar No. 12949 | Nevada Bar No. 7525 |
| 100 North City Parkway, Suite 1600 | 300 South Fourth St. 17th Floor |
| Las Vegas, Nevada 89106-4614 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiffs* | *Attorneys for Interstate Hotel Installation* |
| Dated: September 4, 2013. | Dated: September 4, 2013. |

**ORDER**

IT IS SO ORDERED.

Dated this 5th day of September 2013

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE